```
1  CHRISTINE GREVE
2  522 Arthur Avenue
   Henderson, NV 89015
3  Phone: (775) 229-3702
   grevem@gmail.com
4  Pro se Plaintiff
```

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**SEPT 29 2025**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE GREVE, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. PUBLIC UTILITIES COMMISSION OF NEVADA; STATE OF NEVADA; PUBLIC UTILITIES COMMISSION OF NEVADA; DOES 1-10, inclusive;<br><br>　　　　　Defendants. | Case No. 2:25-cv-01103-APG-NJK<br><br>**ORDER GRANTING**<br><br>**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT PUBLIC UTILITIES COMMISSION OF NEVADA'S MOTION TO DISMISS (ECF NO. 10)**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff, CHRISTINE GREVE, respectfully moves this Court for an enlargement of time of seven (7) days from the current due date of September 29, 2025, up to and including October 6, 2025, in which to file their response to Defendant Public Utilities Commission of Nevada's (PUCN) Motion to Dismiss (ECF No. 10). This motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice. This is the first enlargement of time sought by Plaintiff to file the response.

　　　　Plaintiff respectfully submits that additional time is necessary to properly prepare the response. Plaintiff has actively worked on the matter. However, Plaintiff is proceeding pro se and must work around her job and personal obligations. More time will allow her to review the PUCN's many arguments and conduct necessary legal research.

　　　　Plaintiff communicated with counsel for the PUCN regarding this motion, but counsel was unable to obtain client approval in time to indicate whether they opposed the motion.

/ / /

/ / /

/ / /

This motion is brought in good faith and not for the purpose of delay. For the reasons stated above, Plaintiff respectfully asks this Court to grant the requested extension for filing the response to the motion to dismiss by 7 days until October 6, 2025.

DATED: September 29, 2025.

Respectfully submitted,

/s/ Christine Greve

CHRISTINE GREVE

IT IS SO ORDERED:

Dated: October 6, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE