UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE GREVE,<br><br>    Plaintiff<br><br>v.<br><br>PUBLIC UTILITIES COMMISSION OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01103-APG-NJK<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 10] |

I ORDER that the defendant's motion to dismiss **(ECF No. 10) is DENIED as moot** because it is directed at the original complaint.  The amended complaint (ECF No. 9) is the operative complaint in this matter.  The deadline for the defendants to answer or otherwise respond to the amended complaint is November 5, 2025.

DATED this 21st day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE