# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE GREVE,<br><br>　　　Plaintiff,<br><br>v.<br><br>PUBLIC UTILITIES COMMISSION OF NEVADA, et al.,<br><br>　　　Defendants. | Case No. 2:25-cv-01103-APG-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is the parties' stipulation to stay discovery pending resolution of Defendant Public Utilities Commission of Nevada's second motion to dismiss. Docket No. 23.

On October 21, 2025, Chief Judge Andrew P. Gordon denied Defendant's motion to dismiss as moot. Docket No. 22.

Accordingly, the Court **DENIES** the stipulation to stay discovery. Docket No. 23. The parties must file a joint proposed discovery plan no later than October 30, 2025.

IT IS SO ORDERED.

Dated: October 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge