**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE GREVE, | Case No.: 2:25-cv-01103-APG-NJK |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 24, 51, 52] |
| PUBLIC UTILITIES COMMISSION OF NEVADA, et al., | |
| Defendants | |

In light of the parties' notice of settlement (ECF No. 53),

I ORDER that the pending motions (ECF Nos. 24, 51, 52) are DENIED, without prejudice to refile if the settlement does not finalize.

DATED this 2nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE