**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE GREVE,<br><br>Plaintiff<br><br>v.<br><br>PUBLIC UTILITIES COMMISSION OF NEVADA, et al.,<br><br>Defendants | Case No.: 2:25-cv-01103-APG-NJK<br><br>**Order for Stipulation of Dismissal or Status Report** |

On May 28, 2026, the parties advised they court they had reached a settlement and requested 60 days to file a stipulation of dismissal. ECF No. 52. More than 60 days have passed and the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by October 16, 2026, the parties shall file a stipulation of dismissal or a status report regarding settlement.

DATED this 5th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE